UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
**FILED**

JUL 12 2018

David J. Bradley, Clerk of Court

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| vs. | § | CRIMINAL NO. 18 CR 401 |
| | § | |
| MICHAEL LEE PRICE, | § | UNDER SEAL |
| | § | |
| Defendant. | § | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1
(Illegal Possession of a Machine Gun)
(Title 18 U.S.C. §922(o))

On or about June 18, 2018, in the Houston Division of the Southern District of Texas, the defendant,

**MICHAEL LEE PRICE**

did knowingly possess a machine gun, that is, an AR-15 style, with Palmetto upper receiver,

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## COUNT 2
(Possession of Unregistered Machine Gun)
(Title 26 U.S.C. §5861(d))

On or about June 18, 2018, in the Houston Division of the Southern District of Texas, the defendant,

## MICHAEL LEE PRICE,

did knowingly possess a firearm as defined in 26 U.S.C. § 5845(a), to wit: a machine gun, that is, an AR-15 style, with Palmetto upper receiver, which was not registered to him in the National Firearms Registration and Transfer Record,

All in violation of Title 26, United States Code, Section 5861(d).

## Notice of Criminal Forfeiture

Pursuant to Title 18 United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461, the United States hereby gives notice that all firearms and ammunition involved in or used in the commission of the offenses in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2), and Title 26, United States Code, Section 5861(d), charged in Counts One and Two, are subject to forfeiture.

1. AR 15 style machine guns with Palmetto upper receivers
2. Any and all ammunition.

2

A TRUE BILL:

Original Signature on File
<u>/ </u>
FOREPERSON OF THE GRAND JURY

RYAN K. PATRICK
United States Attorney

By: *[signature]*

Richard W. Bennett
Assistant United States Attorney
1000 Louisiana, Suite 2300
Houston, Texas 77002
(713) 567-9000 Phone
(713) 718-3300 Fax