UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

SEP 19 2018

David J. Bradley, Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| vs. § | CRIM. NO. 4:18-cr-401(S) |
| § | |
| MICHAEL LEE PRICE, § | |
| § | |
| Defendant. § | |

## SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1
(Illegal Possession of a Machine Gun)
(Title 18 U.S.C. § 922(o))

On or about June 18, 2018, in the Houston Division of the Southern District of Texas, the defendant,

**MICHAEL LEE PRICE,**

did knowingly possess a machine gun, that is, an M-16 type, with Palmetto upper receiver,

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## COUNT 2
(Possession of Unregistered Machine Gun)
(Title 26 U.S.C. § 5861(d))

On or about June 18, 2018, in the Houston Division of the Southern District of Texas, the defendant,

**MICHAEL LEE PRICE,**

did knowingly possess a firearm as defined in 26 U.S.C. § 5845(a), to wit: a machine gun, that is, an M-16 type, with Palmetto upper receiver, which was not registered to him in the National Firearms Registration and Transfer Record,

In violation of Title 26, United States Code, Section 5861(d).

## COUNT 3
(Engaging in the Business of Firearms Without a License)
(Title 18 U.S.C. §§ 922(a)(1)(A), 923(a) and 924(a)(1)(D))

Between on or about June 18, 2018, and on or about July 17, 2018, in the Houston Division of the Southern District of Texas, and elsewhere, the defendant,

**MICHAEL LEE PRICE,**

who not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms,

In violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924 (a)(1)(D).

## Notice of Criminal Forfeiture

Pursuant to Title 18 United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461, the United States hereby gives notice that all firearms and ammunition involved in or used in the commission of the offenses in violation of Title 18, United States Code, Sections 922(o), 922(a)(1)(A), 924(a)(2), 924(a)(1)(D), and Title 26, United States Code, Section 5861(d), charged in Counts One through Three, are subject to forfeiture.

1. 14 M-16 style machine guns with Palmetto receivers
2. Any and all ammunition.

A TRUE BILL:

Original Signature on File

FOREPERSON OF THE GRAND JURY

RYAN K. PATRICK
United States Attorney

By: _____
Richard W. Bennett
Assistant United States Attorney
1000 Louisiana, Suite 2300
Houston, Texas 77002
(713) 567-9000 Phone
(713) 718-3300 Fax