United States District Court
Southern District of Texas
**ENTERED**
February 21, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA §
§
v.                                           §   CRIMINAL NO. 4:18-CR-401
§
MICHAEL LEE PRICE                §
Defendant

## ORDER OF FORFEITURE AT SENTENCING

The Preliminary Order of Forfeiture signed on October 5, 2018 (Doc. No. 29) is

final as to the defendant Michael Lee Price and shall be made part of the defendant's

sentence and included in the judgment.

Signed on ___February 21___, 2019.


HONORABLE EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE